UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELLE MOSLEY,<br><br>    Petitioner,<br><br>v.<br><br>RAYMOND MADDEN,<br><br>    Respondent. | Case No. CV 18-5450 R(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed with prejudice.

DATED: November 13, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE